UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # 7

------------------------------------

Allison

-v-

Diaz, et al

------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07-cv-8565

JUDGE: KMW

DATE: JULY 8, 2008

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

*U.S. DISTRICT COURT FILED JUL 0 8 2008 NEW YORK, N.Y.*

DISTRICT COURT DOCKET ENTRIES ----------------------------------------------------

DOCUMENT DESCRIPTION                                              DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

( ✓ ) Original Record                    (_____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 8TH Day of July, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

*Allison*

-v-

*Diaz, et al*

------------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07-cv-8565

JUDGE: KMW

DATE: JULY 8, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __6__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed          Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 8TH Day of July In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-08565-KMW
#### Internal Use Only

Allison v. Diaz et al  
Assigned to: Judge Kimba M. Wood  
Demand: $9,999,000  
Cause: 42:1983 Civil Rights Act  

Date Filed: 10/03/2007  
Date Terminated: 10/03/2007  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Yolanda Allison.(jeh) (Entered: 10/15/2007) |
| 10/03/2007 | 2 | COMPLAINT against IDV/Family & BX Legal Aid Criminal Div., Adriano E. Diaz, Arron Diaz, The City & State of New York, NYPD, Board of Education, BX District Atty, BX State Supreme Court. Document filed by Yolanda Allison.(jeh) (Entered: 10/15/2007) |
| 10/03/2007 |  | Magistrate Judge Gabriel W. Gorenstein is so designated. (jeh) (Entered: 10/15/2007) |
| 10/03/2007 | 3 | ORDER OF DISMISSAL; I grant plaintiff's request to proceed in forma pauperis. The issues of child visitation rights, custody, support and divorce decrees are left to the state courts which are more experienced in interpreting and applying their own domestic relations law. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2) (B) (ii) for reasons set forth in this order. I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 10/03/2007) (jeh) (Entered: 10/15/2007) |
| 10/03/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed under 42 U.S.C. 1983. 28 U.S.C. 1915(e)(2)(B)(ii). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 10/03/2007) (jeh) (Entered: 10/15/2007) |
| 02/06/2008 | 5 | STIPULATION AND ORDER OF FINAL DISMISSAL with prejudice; that this action be dismissed in its entirety, with prejudice and with no award of attorneys' fees or cost by the Court to any Party. (Signed by Judge Lewis A. Kaplan on 2/5/08) (pl) (Entered: 02/06/2008) |
| 06/25/2008 | 6 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint), 3 Order Dismissing Complaint (I.F.P.). Document filed by Yolanda Allison. Copies mailed to attorney(s) of record: Attorney General, NYS. (tp) (Entered: 07/03/2008) |
| 06/25/2008 |  | Appeal Remark as to 6 Notice of Appeal filed by Yolanda Allison. $455.00 APPEAL FEE DUE. IFP REVOKED 10/3/07. (tp) (Entered: 07/03/2008) |
| 07/03/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 6 Notice of Appeal. (tp) (Entered: 07/03/2008) |
| 07/03/2008 |  | Transmission of Notice of Appeal to the District Judge re: 6 Notice of Appeal. (tp) (Entered: 07/03/2008) |